AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nelson, David A | U.S. COURT OF APPEALS, 6TH CIR | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE-SENIOR | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Potter Stewart U.S. Courthouse <br> 5th and Walnut Streets <br> Cincinnati, OH 45202-3988 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | David A. Nelson Qualified Personal Residence Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 15 P 2: 18 FINANCIAL DISCLOSURE U..

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]     NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/2 | Deferred Compensation Plan distribution of shares (See Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]     NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct #1 | | | | | | | | | |
| 2. -- WP Carey & Co. LLC shares | A | Income Dist. | J | T | | | | | |
| 3. -- Convergys Corp. stock | | None | | | Sell Part | 1/24 | J | A | |
| 4. | | | | | Sell Part | 4/4 | J | A | |
| 5. | | | | | Give Rest | 8/17 | K | A | ██████ Grantor Trust |
| 6. -- Cash & Schwab Money Market Funds | A | Int.&Div. | J | T | | | | | |
| 7. -- Blount International Inc., stock | | None | J | T | | | | | |
| 8. -- Valeant Pharmaceutical Intl. Stock | A | Dividend | J | T | | | | | |
| 9. -- Tyco Intl. Stock | A | Dividends | | | Sell Part | 1/27 | J | D | |
| 10. | | | | | Sell | 4/4 | K | D | |
| 11. -- Astra Zeneca ADRs | A | Dividend | | | Sell | 10/11 | J | A | |
| 12. -- Helmerich & Payne | A | Dividend | J | T | | | | | |
| 13. -- Intl. Paper | A | Dividend | J | T | | | | | |
| 14. -- MS India Inv. Fund | A | Dividend | K | T | | | | | |
| 15. -- Tidewater | A | Dividend | | | Sell | 2/2 | K | C | |
| 16. -- I Shares MSCI Aus. IDX Fund | A | Dividend | K | T | | | | | |
| 17. -- Vanguard World FD Health Care Vipers | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- BJ Services | A | Dividend | K | | Buy | 4/4 | J | | |
| 19. -- Cimarx Energy | | None | J | | Buy | 1/18 | J | | |
| 20. -- Newfield Exploration | A | Dividend | K | | Buy | 1/24 | K | | |
| 21. -- Pogo Producing | A | Dividend | J | | Buy | 4/4 | J | | |
| 22. Commodores Club partnership share | | None | J | W | | | | | |
| 23. Huntington Natl Bank misc-accounts | A | Int. & Div. | K | T | | | | | (See Part VIII) |
| 24. IRA #1 | F | Dividends, | P1 | T | (Note: | | | | (See Part VIII) |
| 25. | | dist. of | | | Income | | | | |
| 26. | | realized cap | | | reported | | | | |
| 27. | | gains, | | | does not | | | | |
| 28. | | interest | | | include | | | | |
| 29. | | | | | return of | | | | |
| 30. | | | | | capital.) | | | | |
| 31. --Adams Express stock | | | | | Sell | 2/22 | K | A | |
| 32. --Archstone Smith REIT shares | | | | | | | | | |
| 33. --Central Securities Corp. stock | | | | | | | | | |
| 34. --New Plan Excel Realty Trust REIT shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ranger Indus. stock | | | | | | | | | |
| 36. --United Dominion Realty Trust REIT shares | | | | | Sell | 10/14 | J | A | |
| 37. --Washington REIT REIT shares | | | | | | | | | |
| 38. -- Annaly Mtg Mgmt. REIT shares | | | | | Buy More | 4/20 | J | | |
| 39. | | | | | Sell | 7/5 | K | A | |
| 40. -- Boston pptys REIT shares | | | | | Sell part | 9/1 | J | C | |
| 41. -- Equity Resident. REIT shares | | | | | | | | | |
| 42. -- Gables Resident. REIT shares | | | | | Buy More | 4/27 | J | | |
| 43. | | | | | Cash Merger | 10/3 | K | D | (See Part VIII) |
| 44. -- Health Care Ppty REIT shares | | | | | | | | | |
| 45. -- LaSalle Hotel Ppty REIT shares | | | | | Sell Part | 4/13 | J | D | |
| 46. | | | | | Sell Part | 9/1 | J | D | |
| 47. -- Plum Ck Timber REIT shares | | | | | | | | | |
| 48. -- AT&T Sr Notes 7% 5/15/05 | | | | | Matured | 5/15 | K | B | |
| 49. -- Lucent Tech. Note 7.25% 7/15/06 | | | | | | | | | |
| 50. -- Xerox Cap. Europe Note 6.25% 4/24/08 | | | | | Redemp. | 4/24 | K | D | |
| 51. -- Cinergy Corp. Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Conoco Phillips stock | | | | | | | | | |
| 53. -- Occidental Petroleum stock | | | | | | | | | |
| 54. -- Teco Energy stock | | | | | | | | | |
| 55. -- Thornburg Mortgage REIT shares | | | | | Sell Part | 2/25 | K | B | |
| 56. | | | | | Buy More | 4/25 | J | | |
| 57. | | | | | Sell Part | 8/15 | K | D | |
| 58. -- T.Rowe Price Int'l Bond Fund mutual fund | | | | | Sell Part | 5/26 | K | C | |
| 59. -- Abbott Labs | | | | | Sell | 6/9 | J | A | |
| 60. -- Amgen Inc. | | | | | Sell | 2/7 | J | B | |
| 61. -- Anadarko Petrol Co. | | | | | Sell | 2/7 | J | C | |
| 62. -- Apache Corp | | | | | Sell | 4/13 | K | C | |
| 63. -- BP PLC ADRs | | | | | | | | | |
| 64. -- Bank of America | | | | | | | | | |
| 65. -- Bristol Myers Squib | | | | | | | | | |
| 66. -- Carr America Rlty | | | | | | | | | |
| 67. -- Chevron Texaco | | | | | Buy More | 1/5 | K | | |
| 68. -- Citigroup Inc. | | | | | Buy More | 1/21 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

■ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Consol. Energy Inc. | | | | | Sell Part | 4/25 | J | C | |
| 70. | | | | | Sell | 5/6 | J | C | |
| 71. -- Duke Energy Corp. | | | | | | | | | |
| 72. -- El Paso Corp. | | | | | Buy More | 1/31 | J | | |
| 73. | | | | | Sell | 5/9 | K | A | |
| 74. -- Fidelity Natl. Fin'l Inc. | | | | | Sell Part | 9/22 | J | A | |
| 75. -- Fording Cdn. Coal Trust | | | | | Buy More | 9/16 | J | | |
| 76. -- India Fund, Inc. | | | | | Buy More | 1/27 | J | | |
| 77. --JP Morgan Chase & Co. | | | | | | | | | |
| 78. -- Korea Fund stock | | | | | Sell | 1/26 | K | C | |
| 79. -- Levi Strauss & Co. | | | | | | | | | |
| 80. Senior Notes 12.25% due 12/15/12 | | | | | | | | | |
| 81. -- Marathon Oil Co. | | | | | Buy More | 4/13 | J | | |
| 82. -- Nat'l City Corp. | | | | | Buy More | 6/24 | J | | |
| 83. -- Peabody Energy Corp. | | | | | Sell Part | 4/25 | J | C | |
| 84. | | | | | Sell Part | 10/14 | K | E | |
| 85. -- Pimco Emg. Mkt. Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Weingarten Realty | | | | | | | | | |
| 87. -- Alliance Resource Prtnrs | | | | | Buy | 5/6 | K | | |
| 88. -- Allied Cap Corp | | | | | Buy | 6/28 | K | | |
| 89. -- Cemex ADRs | | | | | Buy | 9/12 | K | | |
| 90. -- Corporate Office Pptys | | | | | Buy | 7/13 | J | | |
| 91. -- Delta Airlines Note 8/15/08 | | | | | Buy | 1/5 | K | | |
| 92. -- Enterprise Products Prtnrs | | | | | Buy | 5/9 | K | | |
| 93. -- Freeport McMoran C&G | | | | | Buy | 6/13 | J | | |
| 94. -- 1 Shares DJ Select Div. | | | | | Buy | 7/18 | K | | |
| 95. -- 1 Shares NASD Biotech | | | | | Buy | 6/20 | J | | |
| 96. -- Japan Equity Fund | | | | | Buy | 9/22 | J | | |
| 97. -- Norsk Hydro | | | | | Buy | 8/24 | K | | |
| 98. -- Petroleo Brasileriro ADRs | | | | | Buy | 2/25 | K | | |
| 99. | | | | | Buy More | 4/20 | J | | |
| 100. -- Pimco Commod Real Rtn Strat. Fd. | | | | | Buy | 8/15 | K | | |
| 101. -- Potlatch | | | | | Buy | 10/14 | J | | |
| 102. -- Rayonier | | | | | Buy | 2/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Royal Dutch ADRs | | | | | Buy | 2/22 | J | | |
| 104. -- Syngenta ADRs | | | | | Buy | 10/10 | K | | |
| 105. -- TEPPCO Prtnrs | | | | | Buy | 6/24 | J | | |
| 106. -- Total ADRs | | | | | Buy | 2/22 | K | | |
| 107. -- Vanguard Pacific VIPERS | | | | | Buy | 9/20 | K | | |
| 108. -- Vanguard Utilities Vipers | | | | | Buy | 5/26 | K | | |
| 109. -- Weyerhaeuser | | | | | Buy | 10/14 | K | | |
| 110. -- Alcoa | | | | | Buy | 1/26 | J | | |
| 111. | | | | | Sell | 9/1 | J | A | |
| 112. -- Kerr McGee | | | | | Buy | 2/27 | K | | |
| 113. | | | | | Sell | 4/15 | K | C | |
| 114. -- Park Electrochem | | | | | Buy | 2/22 | J | | |
| 115. | | | | | Sell | 7/18 | J | C | |
| 116. IRA # 2 | E | Div.& Distr. | P1 | T | | | | | |
| 117. | | of cap.gains | | | | | | | |
| 118. --Vanguard High-Yield Corp. mutual fund | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 119. --Vanguard Wellesley Income Admiral mutual fund | | | | | Sell Part | 7/18 | J | A | (See Part VIII) |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 121. --Vanguard REIT Index mutual fund | | | | | Sell part | 2/17 | K | B | (See Part VIII) |
| 122. | | | | | Sell Part | 4/15 | K | B | (See Part VIII) |
| 123. --Vanguard Emerging Markets stock index mutual fund | | | | | Sell Part | 4/4 | J | A | (See Part VIII) |
| 124. | | | | | Sell Part | 9/1 | J | A | (See Part VIII) |
| 125. --Vanguard European Stock Index Admiral mutual fund | | | | | Sell Part | 4/4 | J | B | (See Part VIII) |
| 126. | | | | | Sell Part | 9/19 | K | C | (See Part VIII) |
| 127. --Vanguard Pacific Stock Index Admiral mutual fund | | | | | Sell Part | 4/4 | J | A | (See Part VIII) |
| 128. | | | | | Sell Part | 9/1 | K | B | (See Part VIII) |
| 129. --Vanguard Health Care Admiral mutual fund | | | | | Buy More | 5/2 | K | | (See Part VIII) |
| 130. (Converted from Investor shares to Admiral Shares on 5/17) | | | | | Buy More | 5/17 | K | | (See Part VIII) |
| 131. --Vanguard Prime Money Market mutual fund | | | | | | | | | (See Part VIII) |
| 132. --Vanguard STAR mutual fund | | | | | Sell Part | 2/14 | K | B | (See Part VIII) |
| 133. --Vanguard Equity Income mutual fund | | | | | Sell Part | 7/18 | J | A | (See Part VIII) |
| 134. | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 135. --Vanguard Growth & Income mutual fund | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 136. --Vanguard Windsor II mutual fund | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Vanguard Mid-Cap Index mutual fund | | | | | Sell Part | 2/7 | J | A | (See Part VIII) |
| 138. | | | | | Sell Part | 5/2 | K | C | (See Part VIII) |
| 139. | | | | | Sell Part | 8/17 | J | A | (See Part VIII) |
| 140. --Vanguard Inflation Protected Securities mutual fund | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 141. --Vanguard Intl. Explorer mutual fund | | | | | | | | | |
| 142. --Vanguard U.S. Value mutual fund | | | | | | | | | (See Part VIII) |
| 143. -- Vanguard Capital Opportunity mutual fund | | | | | | | | | (See Part VIII) |
| 144. -- Vanguard Primecap Mutual Fund | | | | | Sell Part | 8/15 | J | A | (See Part VIII) |
| 145. -- Vanguard Select Value Mutual Fund | | | | | | | | | (See Part VIII) |
| 146. -- Vanguard Short-Term Investment Grade Mutual Fund | | | | | | | | | (See Part VIII) |
| 147. (Bought 2/26/04 (value Code K) and inadvertently omitted | | | | | | | | | |
| 148. from '04 report) | | | | | | | | | |
| 149. -- Vanguard Global Equity | | | | | Buy | 4/4 | K | | (See Part VIII) |
| 150. IRA # 3 (Formerly IRA# 4) | C | Dividend | L | T | | | | | (See Part VIII) |
| 151. --Vanguard Prime Money Mkt mutual fund | | | | | Reinvest | | | | |
| 152. | | | | | dividends | | | | |
| 153. --Vanguard Health Care Fund | | | | | Reinvest | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | dividends | | | | |
| 155. USAA subscriber savings account | A | Alloc & Dist | J | T | | | | | (See Part VIII) |
| 156. Vanguard Money Market Reserves | A | Dividends | J | T | | | | | |
| 157. ▮▮▮▮ Charitable Remainder Annuity Trust | C | Int. & Div. | K | W | | | | | |
| 158. | | +cap.gain | | | | | | | |
| 159. Hamilton College Charitable Gift Annuity | C | Cap.Gain + | K | T | | | | | |
| 160. | | Inc.Dist. | | | | | | | |
| 161. Vassar College Charitable Gift Annuity | C | Distribution | K | T | | | | | |
| 162. Brokerage Acct # 2 | | | | | | | | | |
| 163. --Cincinnati Bell common stock | | None | K | T | add shares | 1/3 | J | | (See Part VIII) |
| 164. | | | | | from Def. | | | | |
| 165. | | | | | Comp. Plan | | | | |
| 166. | | | | | Give Part | 2/28 | J | | ▮▮▮ Grantor Trust |
| 167. | | | | | Sell Part | 9/9 | J | A | |
| 168. | | | | | Sell Part | 10/12 | J | A | |
| 169. -- Avaya Inc. | | None | | | Buy | 10/7 | K | | |
| 170. -- Corning, Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Commercial Cap Bancorp | A | Dividend | J | T | | | | | |
| 172. -- Korea Fund | B | Dividend + cap gain distr. | L | T | | | | | |
| 173. -- Reliant Energy | | None | J | T | | | | | |
| 174. -- Xerox Corp. | | None | L | T | Buy More | 2/22 | K | | |
| 175. -- Lucent Technol. | | None | J | T | | | | | |
| 176. -- Nvidia Corp. | | None | L | T | | | | | |
| 177. -- Brocade Communications | | None | J | | Buy | 7/8 | J | | |
| 178. -- Cimarex Energy | | None | K | | Buy | 1/18 | K | | |
| 179. -- Intern't/l Rectifier | | None | J | | Buy | 10/12 | J | | |
| 180. -- Schwab Money Mkt. Fd. (Previously omitted in error) | A | Interest | J | | | | | | |
| 181. Options to purchase Cincinnati Bell stock | | | | | | | | | (See Part VIII) |
| 182. Vanguard Money Market Reserve | A | Dividend | J | T | | | | | |
| 183. Vanguard Money Market Reserve | A | Dividend | K | T | | | | | |
| 184. Convergys Corp. Options | | | J | W | | | | | |
| 185. Vested interest in Cincinnati Bell Def. Comp. Acct | D | Payment of | K | T | Cinti Bell | 1/2 | J | | (See Part VIII) |
| 186. | | defer'd comp | | | stock | | | | |
| 187. IRA # 4 (Formerly IRA # 5) | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Adams Express stock | | | | | Sell | 2/22 | L | A | |
| 189. --BRE Properties, Inc. REIT shares | | | | | | | | | |
| 190. --Boeing Co. stock (sold 2/24/03 (value code K, gain | | | | | | | | | |
| 191. code A) and inadvertently retained on '04 report; none held | | | | | | | | | |
| 192. in '05) | | | | | | | | | |
| 193. --CarrAmerica Reality Corp. REIT shares | | | | | | | | | |
| 194. --J.P. Morgan Chase & Co. stock | | | | | | | | | |
| 195. --Delta Air Lines stock (sold 9/15/03 (value code K, gain | | | | | | | | | |
| 196. code A) and inadvertently retained on '04 report; none held | | | | | | | | | |
| 197. in '05) | | | | | | | | | |
| 198. --Eastman Chemical Co. stock | | | | | Buy More | 4/20 | K | | |
| 199. | | | | | Buy More | 9/12 | K | | |
| 200. --Equity Residential Properties Tr REIT shares | | | | | | | | | |
| 201. --Wachovia Corp. stock | | | | | | | | | |
| 202. --U.S. Bancorp stock | | | | | | | | | |
| 203. --Plum Creek Timber Co. REIT shares | | | | | | | | | |
| 204. --Hewlett Packard Co. Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2.501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --International Business Machines stock | | | | | | | | | |
| 206. --Kimberly Clark Corp. stock | | | | | | | | | |
| 207. --Lubrizol Corp. stock | | | | | | | | | |
| 208. --Lunar Corporation stock (Exchanged for GE stock on | | | | | | | | | |
| 209. 8/17/00 (as previously reported) and inadvertently retained | | | | | | | | | |
| 210. on subsequent reports) | | | | | | | | | |
| 211. --Motorola, Inc. stock | | | | | Buy More | 2/22 | K | | |
| 212. --New Plan Excel Reality Tr. Inc. REIT shares | | | | | | | | | |
| 213. --Pfizer, Inc. stock | | | | | Sell Part | 5/31 | L | A | |
| 214. --RGS Energy Group, Inc. stock (Exchanged for Energy | | | | | | | | | |
| 215. East sotck on 7/12 /02 (as previously reported) and | | | | | | | | | |
| 216. inadvertently retained on subsequent reports) | | | | | | | | | |
| 217. --Ranger Industries, Inc. stock | | | | | | | | | |
| 218. --Sea Containers Ltd.-A stock | | | | | Sell Part | 4/4 | K | A | |
| 219. | | | | | Sell Part | 5/19 | K | A | |
| 220. --Tyco International Ltd. Stock | | | | | | | | | |
| 221. --TCW Convertible Securities Fd. Inc. stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Washington Federal, Inc. stock | | | | | Sell Part | 2/15 | J | A | |
| 223. --Washington Real Estate Invt. Tr REIT shares | | | | | | | | | |
| 224. --Weyerhaeuser Co. stock | | | | | | | | | |
| 225. --Schwab Money Market Fund | | | | | | | | | |
| 226. --Carnival Corp. stock | | | | | | | | | |
| 227. --Fifth Third Bancorp stock | | | | | Sell Part | 4/20 | L | B | |
| 228. | | | | | Sell | 6/24 | L | B | |
| 229. --General Electric stock | | | | | Buy More | 2/18 | K | | |
| 230. | | | | | Buy More | 8/29 | K | | |
| 231. --United Parcel Service Class B stock | | | | | Sell | 9/12 | L | D | |
| 232. --Velocity HSI, Inc. stock | | | | | | | | | |
| 233. --Pulte Homes, Inc. stock | | | | | | | | | |
| 234. --Central Securities Corp. stock | | | | | Sell | 2/16 | K | A | |
| 235. --Annaly Mtg Mgmt REIT shares | | | | | Buy More | 4/20 | K | | |
| 236. | | | | | Sell | 7/5 | L | A | |
| 237. --Bank of America stock | | | | | Buy More | 2/22 | J | | |
| 238. | | | | | Buy More | 7/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Center Point Energy stock | | | | | | | | | |
| 240. --Energy East stock | | | | | | | | | |
| 241. --Bristol-Myers Squibb stock | | | | | Buy More | 3/16 | K | | |
| 242. --Bunge Ltd stock | | | | | | | | | |
| 243. --Cinergy Corp. stock | | | | | | | | | |
| 244. --Medco Health Solutions stock | | | | | | | | | |
| 245. --Texas Genco stock | | | | | Sell | 2/4 | J | B | |
| 246. -- Alliance Resource Partners LP | | | | | Buy More | 5/6 | J | | |
| 247. -- Blount Int'l Inc. | | | | | Sell | 3/16 | K | D | |
| 248. -- Exxon Mobil Corp. | | | | | | | | | |
| 249. -- Freescale SemiConductor, Inc., Class B. | | | | | Sell | 4/4 | J | A | |
| 250. -- Ingersoll-Rand Co. Cl A | | | | | | | | | |
| 251. -- International Rectifier Corp. | | | | | Buy More | 11/17 | J | | |
| 252. -- Krispy Kreme Dnts Corp. | | | | | Sell | 5/19 | J | A | |
| 253. -- Lear Corp | | | | | Sell | 5/27 | K | A | |
| 254. -- Nat'l City Corp | | | | | Buy More | 6/24 | K | | |
| 255. -- Neenah Paper, Inc. | | | | | Sell | 4/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -- Piper Jaffray Cos. | | | | | Sell | 4/4 | J | A | |
| 257. -- Lucent Technol. Warrants | | | | | | | | | |
| 258. -- Agilent Techologies | | | | | Buy | 5/19 | K | | |
| 259. -- Cemex ADRs | | | | | Buy | 9/12 | L | | |
| 260. -- Conoco Phillips | | | | | Buy | 5/31 | L | | |
| 261. -- Corporate Office Properties | | | | | Buy | 7/13 | K | | |
| 262. -- Teppco Partners | | | | | Buy | 7/5 | K | | |
| 263. John Hancock Whole Life | B | Dividend | L | V | | | | | |
| 264. Security Financial Whole Life | A | Dividend | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nelson, David A | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII

-- █████████ I are customers of Huntington National Bank, which has offices in Cincinnati and Cleveland, Ohio. Interest and dividend income from our Huntington accounts is reported to us in combined statements, and the information provided in Columns B and C of this report is given on an aggregate basis.

-- Dividends and distributions on most of the securities in IRA #1 were reinvested under a dividend reinvestment plan.

-- All shares of Gables Residential Trust were cashed out as a result of a merger with Bulldog Properties Trust.

-- Required minimum distributions based on 12/31/04 values of IRA #1 and IRA #2 were made automatically, on a monthly basis, by transfer from the Vanguard Prime Money Market Fund in IRA #2 to one of the Vanguard Money Market Funds held individually.

-- Gains on mutual fund sales have been estimated.

-- Certain Vanguard Prime Money Market Funds are linked to certain IRA accounts. Activity in the latter may be reflected in the former. Income dividends and capital gain distributions on all Vanguard funds were reinvested.

-- The IRA identified as IRA # 3 in reports for prior years was terminated in 2004. The IRAs identified in prior years' reports as IRA # 4 and IRA # 5 are therefore designated herein as IRA # 3 and IRA # 4 respectively.

-- IRA # 4 (Formerly IRA # 5) received cash settlement on 5/9, value code B, in Lucent Technol. litigation. As previously reported, the Lucient Technol. shares had been transferred from the IRA to Brokerage Account # 2 in 2004.

-- Minimum distribution requirements with respect to IRA # 3 and IRA # 4 were satisfied by cash withdrawals.

-- I carry liability insurance with USAA, a reciprocal insurance exchange. Pursuant to 16 USC Section 832(f), a portion of USAA's income is allocated to each member's Subscriber's Savings Account. I also received two cash distributions in 2004.

-- Cincinnati Bell (formerly Broadwing, Inc.) maintains a Deferred Compensation Plan for Outside Directors, superseding a retirement plan for such directors. "Phantom shares" of Cincinnati Bell stock are credited to each outside director's account from time to time, and the director's interest in the account becomes vested after a prescribed period of service on the board. The value of the account at any given point depends on the market price of Cincinnati Bell stock. On 1/2 certain "phantom shares" were issued as actual shares, and those shares (value code K) were placed in Brokerage Acct # 2.

-- All options to purchase Cincinnati Bell stock were underwater at 12/31. According to a letter of 9/19/02 from the Committee, options that are under water at year end are not reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____ May 10, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRI INAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544